718

Rivera, et al. *v.* Miller, et ux., Appellants, et al.

Argued December 3, 1974. *William H. Mitman,* for appellants; *G. Clinton Fogwell, Jr.,* and *James S. Kilpatrick, Jr.,* with them *John L. Lachall,* and *Reilly & Fogwell,* and *Haws & Burke,* for appellees; *W. Edward Greenwood,* and *Gawthrop & Greenwood,* submitted a brief for additional defendant.

Order affirmed.

VAN DER VOORT, J., absent.

Scavello et al., Appellants, *v.* Southeastern Pennsylvania Transportation Authority, et al.

Argued December 4, 1974. *Allen L. Feingold,* with him *A. L. Feingold Associates,* for appellants; *F. Ross Crumlish,* for appellees.

OPINION PER CURIAM: The six Judges who heard this appeal being equally divided, the judgment is affirmed.

VAN DER VOORT, J., absent.